### LEARNED vs. BETTS et al.

Two subpœnas ($2·00) and two attorney and counsel fees ($16·00) on hearing at two different times, stricken out, where the cause had but once been noticed, and adjourned twice by consent.

*Motion for re-taxation of defendant's costs.*—Plaintiff objected before the taxing officer to two subpœnas and two attorney and counsel fees, on the ground that the cause had but once been noticed before the referee; it was adjourned by consent of both parties once, no testimony having been taken, and once by the referee with consent of both parties, after the testimony had been entered upon.

Defendants offered to prove before the taxing officer, that the subpœnas and tickets were actually made as charged in the bill and objected to by plaintiff, that plaintiff's attorney did not question the fact, but rested 8] his objection solely on the ground they were not taxable. First adjournment was on application of plaintiff's attorney.

J. A. MILLARD, *Plff's Atty*.          A. K. HADLEY, *Deff's Atty*

*Decision.*—That two subpœnas $2, and two attorney and counsel fees on hearing at two different times $16, be stricken out of said bill.